## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, | : |
| | : |
| Plaintiff, | : Case No. 1:11-cv-07736 |
| | : |
| v. | : Hon. Matthew F. Kennelly |
| | : |
| HILCO TRADING, LLC, HILCO FINANCIAL, LLC N/K/A 1300 FINANCIAL, LLC, HILCO, INC., HILCO APPRAISAL SERVICES, LLC, HILCO ENTERPRISE VALUATION SERVICES, LLC, MARK A. SMILEY, ARNOLD H. DRATT, JEFFREY LINSTROM, BENJAMIN J. NORTMAN and RICHARD L. KAYE, | : |
| | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Complaint and all claims asserted in this litigation are hereby dismissed without prejudice and without costs.  This stipulation is not, and shall not be construed to be, any form of waiver, release, or settlement of any claims herein or any claims in any other action.

Dated:  February 7, 2012                             Respectfully submitted,


/s James W. Kienzle                                  /s J. David Duffy
Neil E. Holmen                                        J. David Duffy
James W. Kienzle                                      Emily L. Peel
WALKER WILCOX MATOUSEK LLP                            THOMPSON COBURN LLP
One North Franklin Street, Suite 3200                 55 East Monroe Street
Chicago, Illinois 60606                               Chicago, Illinois 60603
 (312) 244-6700                                       (312) 580-2225

*Counsel for Plaintiff Liberty Surplus Insurance Corporation*

/s Adam S. Ziffer
Marc E. Kasowitz
Adam S. Ziffer
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Counsel for Defendants Hilco Trading, LLC, Hilco Financial, LLC n/k/a 1300 Financial, LLC, Hilco, Inc., Hilco Appraisal Services, LLC, Hilco Enterprise Valuation Services, LLC, Mark A. Smiley, Arnold H. Dratt, Jeffrey Linstrom, Benjamin J. Nortman and Richard L. Kaye*